1
2
3
4                                                              **JS-6**
5
6
7
8                  **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10                       **WESTERN DIVISION**
11

| | |
|---|---|
| 12  TERESITA L. VIANA, an individual, | Case No. 2:15-cv-08316-JFW-AS |
| 13                          Plaintiff, | **JUDGMENT** |
| 14         v. | |
| 15  FEDEX CORPORATE SERVICES, INC. DBA FEDEX SERVICES, a Delaware Corporation; and DOES 1 through 20, | |
| 18                          Defendants. | |

20     The Court, having granted Defendant FedEx Corporate Services, Inc.'s (sued

21  as FedEx Corporate Services, Inc. dba FedEx Services, a Delaware Corporation)

22  ("Defendant") motion for partial summary judgment based on its determination that

23  there was no genuine issue as to any material fact and that Defendant was entitled

24  to judgment as a matter of law on Plaintiff Teresita L. Viana's ("Plaintiff") First,

25  Second, Third, Fourth, Fifth, Ninth, and Tenth Causes of Action alleged against it,

26  and the Court, having granted the parties' Stipulation of Dismissal with Prejudice

27  of Plaintiff's Sixth, Seventh, and Eighth Causes of Action,

28

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff shall recover nothing from Defendant;

2.  Defendant shall have judgment in its favor on Plaintiff's First, Second, Third, Fourth, Fifth, Ninth, and Tenth Causes of Action;

3.  The parties stipulated and agreed, and the Court hereby orders, that Plaintiff's Sixth, Seventh and Eighth Causes of Action are dismissed with prejudice, leaving no further causes of action to be disposed of in this matter; and

4.  Defendant shall recover no costs from Plaintiff.

The Clerk is ordered to enter this Judgment.

Dated:  September 6, 2016

Hon. John F. Walter
United States District Court Judge

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
JUDGMENT

Case No. 2:15-cv-08316-JFW-AS