JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERESITA L. VIANA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATE SERVICES, INC. DBA FEDEX SERVICES, a Delaware Corporation; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:15-cv-08316-JFW-ASx<br><br>**JOINT JUDGMENT** |

This action came before the court for a trial by jury. The issues have been tried by a jury with Judge Walter presiding, and the jury has rendered a verdict.

Pursuant to the jury verdict filed August 16, 2018, judgment is entered in favor of Defendant, FedEx Corporate Services, Inc., and Plaintiff, Teresita L. Viana, shall recover nothing.

DATED: August 22, 2018

_____
JOHN F. WALTER
United States District Judge